Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
6041 Brookside Circle
Rocklin, CA  95677
Phone:  (916) 899-6224
E-mail:  jhhenry2000@yahoo.com

**Attorney for Debtor-in-possession Richard Lyman**

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>          RICHARD LYMAN,<br><br>               Debtors in Possession<br><br>_____ | Case No.:   2012-41214<br>DC No.:      JHH-6<br><br>Date:           July 2, 2013<br>Time:          9:32 a.m.<br>Courtroom No.: 32<br>Judge:         Hon. Thomas Holman<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

**NOTICE OF HEARING ON**

**APPLICATION FOR [1st INTERIM] ALLOWANCE OF FEES OF JUDSON H. HENRY**

**PLEASE TAKE NOTICE** that Debtor-in-possession RICHARD LYMAN (the "Debtor") has filed and will bring an application seeking an order allowing fees and costs of Judson H. Henry.  The request for allowance of fees and costs is made pursuant to 11 U.S.C. § 330 and FRBP Rule 2016, and is described in greater detail in the application.  Judson H. Henry is seeking interim allowance of $5,000.00 in fees for the period of February 1, 2013 through May 31, 2013.

If you do not want the Court to grant this Application, or if you want the Court to consider your views on this Application, you or your attorney must attend the **hearing scheduled to be held on July 2, 2013 at 9:32 a.m., United States Bankruptcy Court, 501 I Street, Courtroom 32 (Sixth Floor), Sacramento, California 95814, Honorable Thomas C.**

**Holman presiding.** The Court permits telephone appearances, and in order to appear by phone you must contact Court Call at (888) 882-6878, and you should do so not later than forty-eight hours before the hearing. Court Call charges a fee for telephone appearances.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. If you do not have an attorney, you may wish to consult one**.

It is recommended that you review all pleadings filed in support of the Application, which may be obtained on-line at www.caeb.uscourts.gov), from the undersigned upon written request, of from the Bankruptcy Court, at address:

U.S. Bankruptcy Court
501 I Street, 3rd Floor, Suite 3-200
Sacramento, CA 95814

This application is brought pursuant to Eastern District of California Local Rule 9014-1(f)(2). Opposition to the application, if any, shall be presented at the hearing at the date, time, and place indicated above. In such event, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs. If you do not appear at the hearing, the Court may decide that you do not oppose the relief requested, and may grant the relief requested without further hearing. **No written opposition is required**.

Not all information regarding the Application or the above-captioned bankruptcy case is set forth in this notice, and interested parties are advised to review the Court's file at 501 I Street, Suite 3-200, Sacramento, California 95814. Further information is also available at the Court's website, www.caeb.uscourts.gov. Copies of the Application, this notice, the supporting declaration, and other supporting documents may be obtained by contacting the undersigned.

RESPECTFULLY SUBMITTED:
LAW OFFICE OF JUDSON H. HENRY

Dated:  June 5, 2013

By:  _____/s/ Judson H. Henry_____
        Judson H. Henry, Attorney for Richard Lyman

**Application for First Interim Attorney Fees – JHH-6 – Notice of Hearing
In re Richard Lyman; Case No. 2012-41214**