Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
6041 Brookside Circle
Rocklin, CA  95677
Phone:  (916) 899-6224
E-mail:  jhhenry2000@yahoo.com

**Attorney for Debtor-in-possession Richard Lyman**

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>　　　　RICHARD LYMAN,<br><br>　　　　　　Debtors in Possession<br><br>_____ | Case No.:　2012-41214<br>DC No.:　　JHH-6<br><br>Date:　　　　July 2, 2013<br>Time:　　　　9:32 a.m.<br>Courtroom No.: 32<br>Judge:　　　　Hon. Thomas Holman<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

**DECLARATION OF JUDSON H. HENRY IN SUPPORT OF**

**APPLICATION FOR [1st INTERIM] ALLOWANCE OF FEES OF JUDSON H. HENRY**

I, Judson H. Henry, declare:

1.　I am an attorney at law duly licensed to practice before the United States Bankruptcy Court for the Eastern District of California, and I am counsel to Debtor, Richard Lyman ("Debtor").  I make this declaration in that capacity, and if called upon to do so, could and would testify of my own personal knowledge to the facts set forth herein.

2.　Debtor filed his Petition to initiate this case on December 10, 2012, which date is approximately six months prior to this Application.

3.　On May 1, 2013, the Court issued an order approving my retention as bankruptcy counsel for the Debtor, effective February 1, 2013.  A true and correct copy is attached as Exhibit A.

4. I have no retainer balance ($0.00) in my possession held on behalf of Debtor, and Debtor owes me no past due amount ($0.00) for any and all services I have rendered at any time.

5. In spite of having agreed with Debtor to payment of fees of no more than a maximum capped amount, I have maintained contemporaneous daily time records, which set forth the specific services I have rendered to Debtor in connection with each matter on which I have been retained. A true and correct copy of my time spent is attached as Exhibit B. This application covers the time period of February 1, 2013 through May 31, 2013.

6. By this first interim application, I seek $5,000.00 for fees. During this time, I expended a total of 26.8 hours in performing the services during the time-period February 1, 2013 through May 31, 2013. A true and correct copy of my current resume' is attached as Exhibit C.

7. I am a sole practitioner. I graduated in 1988 from the University of Minnesota with a degree in Genetics and Cell Biology, and I obtained a J.D. in 2002 from the University of California at Davis School of Law. I am a member of the State Bar of California. I am admitted to practice before the courts of the State of California. I have devoted a substantial portion of my practice to bankruptcy cases.

8. I am familiar with the rates charged by attorneys in the Sacramento, California area during the time-period covered by this fee application who have equivalent experience similar to my experience in bankruptcy. These hourly rates range at or close to $250.00.

9. The services I have rendered were reasonable and necessary for the proper representation of the Debtors and were required under the circumstances of this case.

10. I have been acting as counsel for the Debtor in this matter since I was contacted by the Debtor.

11. The time sheets I have presented in this and all other proceedings accurately reflect the extent of work performed.

12. Except as to the engagement letter upon which Debtor's application for authority to employ me was based, I am not entered into any agreement with any other person for the purpose of fixing the fees or other compensation to be paid for services rendered or expenses

incurred in connection with this case, nor am I now entered into any agreement with any person or entity for the sharing of compensation to be received for services rendered and/or in connection with this case. No payments have been received or promised to myself for services rendered or to be rendered in connection with this case except as previously disclosed to or approved by the Court.

13. I have reviewed this Application for Allowance of Fees and Costs herein, and I believe that all statements contained therein are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 5, 2013, in Rocklin, California.

Dated: June 5, 2013

By: ____/s/ Judson H. Henry_____
　　　　Judson H. Henry, Declarant

3

**Application for First Interim Attorney Fees – JHH-6 – Henry Declaration**
**In re Richard Lyman; Case No. 2012-41214**

# EXHIBIT A

Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
6041 Brookside Circle
Rocklin, CA 95677
Phone: (916) 899-6224
E-mail: jhhenry2000@yahoo.com

[Proposed] Attorney for Debtor-in-possession Richard Lyman

### IN THE UNITED STATES BANKRUPTCY COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

In re:

    RICHARD LYMAN,

        Debtors in Possession

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2012-41214
DC No.: JHH-1

Date: April 16, 2013
Time: 9:32 a.m.
Courtroom No.: 32
Judge: Hon. Thomas Holman

United States Courthouse
501 I Street, 6th Floor
Sacramento, CA 95814

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY JUDSON H. HENRY**

Upon the application of RICHARD LYMAN, the above named debtor, praying for approval of his employment of Judson H. Henry as chapter 11 bankruptcy counsel ("Counsel"), and upon the declarations of Judson H. Henry, and the Court being satisfied that Counsel is a disinterested person as that term is defined in 11 U.S.C. § 101(14), it is:

**ORDERED** that:

1. Debtor RICHARD LYMAN, as debtor-in-possession herein, is authorized to employ Judson H. Henry as chapter 11 bankruptcy counsel ("Counsel") effective February 1, 2013; and

//

//

//

1

RECEIVED
April 24, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004766821

2. Counsel's fees and costs, if any, shall be paid only after application and upon the Court's approval pursuant to 11 U.S.C. § 330 and Fed. R. Bankr. P. 2016.

Dated: May 01, 2013

Thomas C. Holman
United States Bankruptcy Judge

# EXHIBIT B

Richard Lyman; Case No. 2012-41214
Hourly timesheet for period
February 1, 2013 through May 31, 2013

| DATE | DESCRIPTION | HOURS | BILLINGS |
|---|---|---|---|
| February 14, 2013 | Work with client on preparation of January 2013 monthly operating report | 0.8 | 200.00 |
| March 5, 2013 | Prepare Preliminary Status Report | 2.0 | 500.00 |
| March 12, 2013 | Attend Preliminary Status Conference | 1.5 | 375.00 |
| March 14, 2013 | Work with client / review February 2013 monthly operating report | 0.8 | 200.00 |
| April 15, 2013 | Work with client / review March 2013 monthly operating report | 0.8 | 200.00 |
| May 3, 2013 | Review Motion for Relief from Stay filed by secured creditor Green Tree Servicing | 1.0 | 250.00 |
| May 7, 2013 | Prepare Motions to Value Collateral (3 motions; 1st and 2nd DOTs re claims secured by 5961 Becky Way; claim secured by Crownline boat). | 3.3 | 825.00 |
| May 8, 2013 | Prepare Plan of Reorganization | 4.5 | 1,125.00 |
| May 9, 2013 | Prepare "Creditors of this Bankruptcy Estate'" | 1.0 | 250.00 |
| May 10, 2013 | "Property of this Bankruptcy Estate," and "Liquidation Summary" portions of Disclosure Statement | 3.3 | 825.00 |
| April 27, 2013 | Prepare remainder of Disclosure Statement | 4.0 | 1,000.00 |
| May 14, 2013 | Work with client / review April 2013 monthly operating report | 0.8 | 200.00 |
| May 15, 2013 | Discuss and review with Debtor and Finalize Plan of Reorganization and Disclosure Statement; Prepare Plan Ballot and Notice of Hearing. | 3.0 | 750.00 |
| | **TOTALS:** | **26.8** | **$6,700.00** |

**AMOUNT APPLIED FOR THIS FIRST INTERIM APPLICATION:**   $5,000.00
===========

# EXHIBIT C

# JUDSON H. HENRY, ESQ.

660 Auburn Folsom Road, Suite 202 ▪ Auburn, CA 95603
[Voice] (530) 889-8449   -----   [Fax] (530) 889-2639
jhhenry2000@yahoo.com

## BAR STATUS

Licensed to practice in California.  Licensed to practice in the Eastern District of California.
December 1, 2003 -- Present

## EXPERIENCE

**Judson H. Henry, Esquire** — Auburn, CA
*Sole Practitioner* — January 2006 – Present
- ➢ Represent clients in bankruptcy cases, and through plan confirmation in Chapters 11 and 13.
- ➢ Represented company in liquidation workout; drafted shareholders' dissolution agreement.
- ➢ Negotiated and settled numerous A/R and A/P billing disputes, to-date requiring only a minimum of litigation.

**Palik & Henry, Professional Law Corporation** — Sacramento, CA
*Managing Shareholder* — February 2004 – January 2006
- ➢ Represented multiple clients in Chapter 7 and Chapter 13 bankruptcy cases, including analysis, petition preparation and filing, plan drafting and confirmation, and attendance at hearings.  Assist lead counsel in Chapter 11 bankruptcy.
- ➢ Handled all aspects of insurance disputes via effective negotiations with the insurance company to, given the totality of the facts and bargaining positions, obtain the best possible result for the client.

**D'Andre, Peterson, Bobus & Bruscino** — Sacramento, CA
*Law Clerk/Associate Attorney* — October 2002 – February 2004
- ➢ Defended workers' compensation claims in front of the Workers' Compensation Appeals Board.
- ➢ Negotiated and settled claims to obtain the best possible result for the client.

**Nabisco Brands, Inc.** — Minneapolis, MN
*Staff Accountant* — March 1986 – December 1988
- ➢ Participated in and contributed to all aspects of Cream of Wheat annual zero-base budget.

## EDUCATION

**UC Davis School of Law (King Hall)** — Davis, CA
*Juris Doctor* — May 2002

**University of Minnesota** — Minneapolis, MN
*Bachelor of Science in Genetics and Cell Biology* — December 1988