1  Judson H. Henry, Esq. (SBN 226743)
   LAW OFFICE OF JUDSON H. HENRY
2  6041 Brookside Circle
   Rocklin, CA  95677
3  Phone:  (916) 899-6224
   E-mail:  jhhenry2000@yahoo.com
4

5  **Attorney for Debtor-in-possession Richard Lyman**

6              **IN THE UNITED STATES BANKRUPTCY COURT**

7            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8                      **SACRAMENTO DIVISION**

9

10 In re:                                  )    Case No.:    2012-41214
                                           )    DC No.:      JHH-6
11        RICHARD LYMAN,                    )
                                           )    Date:        July 2, 2013
12            Debtors in Possession         )    Time:        9:32 a.m.
                                           )    Courtroom No.: 32
13                                          )    Judge:       Hon. Thomas Holman
                                           )
14                                          )    United States Courthouse
                                           )    501 I Street, 6th Floor
15                                          )    Sacramento, CA  95814
                                           )
16 _____ )

17                      **DECLARATION OF SERVICE**

18 Case Name and Number:              In re RICHARD LYMAN, Case No. 2012-41214,

19       I, JUDSON H. HENRY, declare:

20       I am an active member of the State bar of California, I am not a party to this action, and

21 my employment address is:
                                   Law Office of Judson Henry
22                                 6041 Brookside Circle
                                   Rocklin, CA  95677
23 On June 5, 2013, I served:

24       1.      **NOTICE OF HEARING ON APPLICATION FOR [1st INTERIM]**

25               **ALLOWANCE OF FEES OF JUDSON H. HENRY**

26       2.      **APPLICATION FOR [1st INTERIM] ALLOWANCE OF FEES OF**

27               **JUDSON H. HENRY**

28 //

                                           1

3.     **JUDSON HENRY DECLARATION IN SUPPORT OF APPLICATION**

**FOR [1ˢᵗ INTERIM] ALLOWANCE OF FEES OF JUDSON H. HENRY**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s)

in the following manner:

___X___     (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Office of the United States Trustee
ATTN:  Judith Hotze
501 I Street, Suite 7-500
Sacramento, CA  95814

Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Countrywide Bank FSB
400 Countrywide Way
Simi Valley, CA  93065

Gibson & Gibson Estate Planning
100 Eatate Drive
Roseville, CA 95678

Routh Crabtree Olsen, PS
Attorneys for Gibson & Gibson
ATTN:  Kristi M. Wells
1241 E. Dyer Road, Suite 250
Santa Ana, CA  92705

Greentree Servicing LLC
P O Box 6172
Rapid City, SD 57709-6172

Hidden Grove Apartment Homes
5415 S Grove Street
Rocklin, CA 95677

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

United States Department of Justice
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, D.C. 20044

United States Attorney
(For Internal Revenue Service)
501 I Street, Suite 10-100
Sacramento, CA 95814

Santander Consumer USA
P O Box 660633
Dallas, TX 75226

U.S. Bank
Bankruptcy Department
P. O. Box 5229
Cincinnati, OH 45201-5229

Richard and Deanna Lyman
5415 S. Grove Street #42
Rocklin, CA   95677

_____    (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____    (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

_____    (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following:

I, JUDSON H. HENRY, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:   June 5, 2013

By:       _____/s/ Judson H. Henry_____
                   Judson H. Henry, Declarant

3

**Application for First Interim Attorney Fees – JHH-6 – Proof of Service**
**In re Richard Lyman; Case No. 2012-41214**