# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Richard Lyman | **Case No :** | 12–41214 – B – 11 |
| | | **Date :** | 7/2/13 |
| | | **Time :** | 09:32 |

**Matter :** [76] – Motion/Application for Compensation [JHH–6] for Judson H. Henry, Debtor's Attorney(s), Fee: $5000.00, Expenses: $0.00. Filed by Attorney Judson H. Henry (jlns)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney – Judson H. Henry
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted to the extent set forth herein. The application is approved on an interim basis in the amount of $5,000.00 in fees and $0.00 in costs, for a total of $5,000.00, for the period of February 1, 2013 through May 31, 2013, payable as a chapter 11 administrative expense. Except as so ordered, the motion is denied.

Dated: July 03, 2013

Thomas C. Holman
United States Bankruptcy Judge