```
Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
6041 Brookside Circle
Rocklin, CA  95677
Phone:  (916) 899-6224
E-mail:  jhhenry2000@yahoo.com
```

**Attorney for Debtor-in-possession Richard Lyman**

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>  RICHARD LYMAN,<br><br>  Debtors in Possession | Case No.:  2012-41214<br>DC No.:  JHH-3<br><br>Date:  August 8, 2013<br>Time:  2:00 p.m.<br>Courtroom No.: 32<br>Judge:  Hon. David Russell<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

## STIPULATION RESOLVING MOTION TO VALUE COLLATERAL

**[5961 Becky Way Loomis, CA 95650]**

Secured Creditor GREEN TREE SERVICING, LLC ("Green Tree" or "Bank"), by and through its attorney of record, and Debtor RICHARD LYMAN ("Debtor"), by and through his attorney of record, have engaged in substantive negotiations to consensually resolve Debtor's Motion to Value Collateral as to the real property commonly described as 5961 Becky Way Loomis, CA 95650 (the "Property"), and thereupon Green Tree and Debtor hereby stipulate to the following with respect to the resolution of Debtor's Motion Value Collateral ("Debtor's Motion"):

IT IS HEREBY STIPULATED:

1. Green Tree and Debtor stipulate that the value of the Property, solely for purposes of Chapter 11 Plan Confirmation, is $252,000.00

2. Debtor agrees that he shall amend his Disclosure Statement and Plan to provide for payment to Green Tree on its trust deed as a secured claim in the amount of $252,000.00, to be classified as a secured claim secured by the Property, to be paid in 360 monthly installments, amortized at 5.25% interest, such that each of the 360 monthly payments of principal plus interest to fully provide for this same class containing this same single secured claim shall be $1,391.55 per month.

3. Debtor agrees that he shall amend his Disclosure Statement and Plan to provide for payment to Green Tree the full amount of its Proof of Claim No. 3 less $252,000.00 as a general unsecured claim, which results in an allowed general unsecured claim of Green Tree in the amount of $135,488.50. Debtor's provision for all holders of general unsecured claims shall remain unchanged from his current Chapter 11 Plan filed May 15, 2013, which is payment of each allowed general unsecured claim at a yield of 20% in 120 equal monthly installments at no interest.

4. Green Tree agrees that provided that Debtor files a First Amended Plan consistent with this Stipulation it shall waive its election rights under 11 U.S.C. § 1111(b) and thereby will not make an election pursuant to 11 U.S.C. § 1111(b). Green Tree further agrees that provided Debtor files a First Amended Plan consistent with this Stipulation that it will vote its two ballots to accept Debtor's First Amended Plan (one ballot on its secured claim and one ballot on its general unsecured claim)

Good cause exists for adopting this stipulation, as follows: The Parties have at this time reached agreement on the details and the particulars, as well as the material issues raised by the Motion to Value Collateral, which are as set forth above.

The requirements of for the treatment of a secured claim and for confirmation of a plan may be satisfied by the acceptance of the claim's treatment and acceptance of the plan by the creditor holding such secured claim. In this case, the creditor holding the secured claim to which this Motion to Value Collateral pertains is expressly accepting the treatment as set forth herein. The secured claim here at issue and resolved by this stipulation is one of only two secured claims against this bankruptcy estate. Thus, the Court's adoption of this Stipulation and the Court's

issuance of the proposed Order thereupon will in all likelihood result in the confirmation of Debtor's First Amended Chapter 11 Plan, which Debtor will prepare to conform to this stipulation and file in the very near future, and from there the full and final resolution of this case, as well as the resolution of the instant motion, in what will be by far the most efficient manner possible, saving substantial Court and judicial resources as well as the resources of the parties to this stipulation.

A true and correct copy of the proposed Order on Stipulation is attached hereto and incorporated herein as Exhibit 1.

RESPECTFULLY SUBMITTED:
**LAW OFFICE OF JUDSON H. HENRY**

Dated: August 6, 2013

By: \_\_\_\_/s/ Judson H. Henry_____
Judson H. Henry, Attorney for Debtor

By: \_\_\_\_/s/ Erica Loftis_____
Erica Loftis, Routh Crabtree Olsen, PS,
Attorney for Creditor Green Tree

# EXHIBIT 1

```
Judson H. Henry, Esq. (SBN 226743)
LAW OFFICE OF JUDSON H. HENRY
6041 Brookside Circle
Rocklin, CA  95677
Phone:  (916) 899-6224
E-mail:  jhhenry2000@yahoo.com
```

**Attorney for Debtor-in-possession Richard Lyman**

**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>RICHARD LYMAN,<br><br>     Debtors in Possession | Case No.:   2012-41214<br>DC No.:     JHH-3<br><br>Date:         August 8, 2013<br>Time:         2:00 p.m.<br>Courtroom No.: 32<br>Judge:        Hon. David Russell<br><br>United States Courthouse<br>501 I Street, 6th Floor<br>Sacramento, CA  95814 |

**ORDER ON STIPULATION RESOLVING MOTION TO VALUE COLLATERAL**

**[5961 Becky Way Loomis, CA 95650]**

**WHEREAS** the Court has reviewed the Stipulation to Resolve Debtor's Motion to Value Collateral, executed through their counsel, by Debtor RICHARD LYMAN ("Debtor") and Creditor GREEN TREE SERVICING, LLC ("Creditor"), and Debtor and Creditor having agreed to the terms set forth in the Stipulation Resolving Motion to Value Collateral Dated and Filed August 6, 2013,

**IT IS ORDERED** that:

1.   Debtor and Creditor are bound by the terms of their Stipulation to Resolve Debtor's Motion to Value Collateral dated and filed August 6, 2013, which shall be the Order of the Court.

//

1

**Motion to Value Collateral – JHH-3 – Stipulation – Order**
**In re Richard Lyman; Case No. 2012-41214**

2. The real property commonly described as 5961 Becky Way Loomis, CA 95650 (the "Property") is valued at $252,000.00 for chapter 11 plan confirmation purposes.

3. The evidentiary hearing presently on calendar for this further hearing on this same motion to value collateral, presently set for August 8, 2013 at 2:00 p.m., in Courtroom 32 of this above-captioned Court, before the Honorable David Russell, is hereby VACATED.

Dated: _____

By: _____
United States Bankruptcy Judge